FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 APR 12 PM 5:03

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 6:17-cr-96-ORL-31 KRS
26 U.S.C. § 7206(2)

TAMMIE MCCONICO
  a/k/a "Tammie Brown"

# INDICTMENT

The Grand Jury charges:

## COUNTS ONE THROUGH SEVENTEEN

On or about the dates set forth below, in the Middle District of Florida, and elsewhere, the defendant,

**TAMMIE MCCONICO**
**a/k/a "Tammie Brown"**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of individual and joint U.S. Individual Income Tax Returns, Forms 1040, for the taxpayers and calendar years set forth below, under and in connection with matters arising under the Internal Revenue laws, which returns were false and fraudulent as to material matters, in that the returns represented that the taxpayers were entitled to claim deductions and exemptions for items and in amounts set forth below,

whereas, as the defendant then and there knew, the taxpayers were not entitled to claim deductions and exemptions in the claimed amounts:

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSELY CLAIMED ITEM(S) | FALSELY CLAIMED AMOUNT |
|---|---|---|---|---|---|
| One | 3/17/2011 | A.J. | 2010 | - former spouse claimed as a dependent child<br>- $13,915 loss from a Schedule C business<br>- $4,000 in higher education expenses as to both A.J. and claimed dependent child ($8,000 total) | $6,878 |
| Two | 2/5/2012 | A.J. | 2011 | - former spouse claimed as a dependent child<br>- $10,512 loss from a Schedule C business<br>- $4,000 in higher education expenses as to both A.J. and claimed dependent child ($8,000 total) | $6,860 |
| Three | 2/15/2013 | A.J. | 2012 | - former spouse claimed as a dependent child<br>- $8,153 profit from a Schedule C business<br>- $4,000 in higher education expenses as to both A.J. and claimed dependent child ($8,000 total) | $3,547 |

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSELY CLAIMED ITEM(S) | FALSELY CLAIMED AMOUNT |
|---|---|---|---|---|---|
| Four | 8/20/2011 | S.W. | 2010 | - filing status as head of household<br>- adult child claimed as a dependent child<br>- $9,608 profit from a Schedule C business<br>- $4,000 in higher education expenses as to S.W. | $4,078 |
| Five | 8/20/2011 | R.W. | 2010 | - filing status as head of household<br>- $89,266 loss from a Schedule C business<br>- $4,000 in higher education expenses as to both R.W. and R.W.'s family member ($8,000 total) | $15,456 |
| Six | 9/28/2011 | R.W./S.W. | 2009 | - $89,062 loss from a Schedule C business<br>- $4,000 in higher education expenses as to both R.W. and S.W. ($8,000 total) | $16,781 |

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSELY CLAIMED ITEM(S) | FALSELY CLAIMED AMOUNT |
|---|---|---|---|---|---|
| Seven | 4/15/2012 | S.W. | 2011 | - filing status as head of household<br>- adult child claimed as a dependent child<br>- $14,218 profit from a Schedule C business<br>- $4,000 in higher education expenses as to both S.W. and a family member ($8,000 total) | $7,365 |
| Eight | 4/15/2012 | R.W. | 2011 | - filing status as single<br>- $99,212 loss from a Schedule C business<br>- $4,000 in higher education expenses as to R.W. | $17,102 |
| Nine | 4/19/2012 | R.W./S.W. | 2008 | - $32,798 loss from a Schedule C business | $4,490 |
| Ten | 5/15/2012 | T.M. | 2011 | - $4,000 in higher education expenses as to T.M. | $2,500 |
| Eleven | 4/2/2013 | T.M. | 2012 | - $40,694 loss from a Schedule C business | $6,161 |

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSELY CLAIMED ITEM(S) | FALSELY CLAIMED AMOUNT |
|---|---|---|---|---|---|
| Twelve | 2/29/2012 | S.M. | 2011 | - filing status as head of household<br>- spouse claimed as a dependent child<br>- $42,203 loss from a Schedule C business<br>- $4,000 in higher education expenses as to both S.M. and claimed dependent child ($8,000 total) | $9,565 |
| Thirteen | 3/28/2013 | S.M. | 2012 | - filing status as head of household<br>- spouse claimed as a dependent child<br>- $37,080 loss from a Schedule C business<br>- $4,000 in higher education expenses as to S.M. | $7,998 |
| Fourteen | 4/15/2012 | K.M.-1 | 2011 | - filing status as head of household<br>- $29,421 loss from a Schedule C business<br>- $4,000 in higher education expenses as to K.M.-1 | $7,193 |
| Fifteen | 4/15/2012 | K.M.-2 | 2011 | - filing status as single<br>- $24,733 loss from a Schedule C business<br>- $4,000 in higher education expenses as to K.M.-2 | $6,835 |

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSELY CLAIMED ITEM(S) | FALSELY CLAIMED AMOUNT |
|---|---|---|---|---|---|
| Sixteen | 3/19/2013 | K.M.-1 | 2012 | - filing status as head of household<br>- $33,241 loss from a Schedule C business<br>- $4,000 in higher education expenses as to K.M.-1 | $8,830 |
| Seventeen | 3/19/2013 | K.M.-2 | 2012 | - filing status as single<br>- $10,615 loss from a Schedule C business<br>- $4,000 in higher education expenses as to K.M.-2 | $3,036 |

In violation of 26 U.S.C. § 7206(2).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Vincent S. Chiu
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
April 17

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

TAMMIE MCCONICO
a/k/a "Tammie Brown"

## INDICTMENT

Violations: 26 U.S.C. § 7206(2)

A true bill,

_____
Foreperson

Filed in open court this 12th day
of April 2017.

_____
Clerk

Bail $ _____

GPO 863 525