UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:17-cr-96-Orl-31KRS

TAMMIE MCCONICO
  a/k/a "Tammie Brown"

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐    IS        related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒    IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: April 28, 2017

                              Respectfully submitted,

                              W. STEPHEN MULDROW
                              Acting United States Attorney

By:   */s/ Vincent S. Chiu*
      Vincent S. Chiu
      Assistant United States Attorney
      Florida Bar No. 0084936
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail:      vincent.chiu@usdoj.gov

U.S. v. TAMMIE MCCONICO				Case No. 6:17-cr-96-Orl-31KRS

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Ryan, Esq.

/s/ Vincent S. Chiu
Vincent S. Chiu
Assistant United States Attorney
Florida Bar No. 0084936
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:	(407) 648-7500
Facsimile:	(407) 648-7643
E-mail:	vincent.chiu@usdoj.gov